UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

JODY RUCKS,                                          :
                                                     :
                              Plaintiff,             :
                                                     :
                   v.                                :
                                                     :
THE CITY OF NEW YORK, P.O. MICHAEL                   :
PERCY, Shield No. 01047, Individually and           :
in his Official Capacity, P.O. ANTHONY              :
BRUNO, Shield No. 02726, Individually and in        :
his Official Capacity, SGT. MICHAEL                  :
O'CONNOR, Shield No. 01376, Individually and        :
in his Official Capacity,                            :
                                                     :
                              Defendants.            :
                                                     :
------------------------------------------------------- X



No. 12 Civ. 4226 (KPF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/14

# VERDICT FORM
### July 14, 2014

CT. Exh 7
7/14/14 at 4pm

False Arrest

1.  Has Plaintiff proved, by a preponderance of the evidence, that any of the following
    defendants falsely arrested him on June 18, 2011?

    a.  Michael Percy          YES __X__   NO ____
    b.  Anthony Bruno          YES __X__   NO ____
    c.  Michael O'Connor       YES __X__   NO ____

    *(If you answered NO to all of the above, proceed to Question 4. If you answered YES to
    any of the above, proceed to Question 2.)*

2.  Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to
    compensatory damages for his false arrest claim?

    YES __X__   NO ____

    If you answered YES, please write the amount of compensatory damages on the line
    below that would fairly and adequately compensate Plaintiff for his injury.

    $ __12,500__

3.  Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive
    damages for his false arrest claim from the defendant(s) as to whom you answered "YES"
    to Question 1?

    a.  Michael Percy          YES ____   NO __X__
    b.  Anthony Bruno          YES ____   NO __X__
    c.  Michael O'Connor       YES ____   NO __X__

    If you answered YES, please write the amount of punitive damages you award as to each
    defendant.

    a.  Michael Percy          $_____
    b.  Anthony Bruno          $_____
    c.  Michael O'Connor       $_____

    *(Please proceed to Question 4.)*

2

<u>Excessive Force</u>

4. Has Plaintiff proved, by a preponderance of the evidence, that any of the following defendants used excessive force against him on June 18, 2011?

    a.  Michael Percy                 YES _____     NO _X_
    b.  Anthony Bruno             YES _____     NO _X_
    c.  Michael O'Connor        YES _____     NO _X_

*(If you answered NO to all of the above, proceed to Question 8. If you answered YES to any of the above, proceed to Question 5.)*

5. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to compensatory damages for his excessive force claim?

    YES _____      NO _____

If you answered YES, please write the amount of compensatory damages on the line below that would fairly and adequately compensate Plaintiff for his injury.

    $ _____

What part of that amount, if any, is included also in any amount you determined in answering Question 2?

    $ _____

*(If you answered "NO" to Question 5, then answer Question 6. If you answered "YES" to Question 5, then skip Question 6, and proceed directly to Question 7.)*

6. What nominal damages, not to exceed $ 1.00, do you award to Plaintiff?

    $ _____

*(Proceed to Question 7 regardless of your answer to Question 6.)*

7. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive damages for his excessive force claim from the defendant(s) as to whom you answered "YES" to Question 4?

    a.  Michael Percy                 YES _____     NO _____
    b.  Anthony Bruno             YES _____     NO _____
    c.  Michael O'Connor        YES _____     NO _____

If you answered YES, please write the amount of punitive damages you award as to each defendant.

a. Michael Percy      $ _____

b. Anthony Bruno      $ _____

c. Michael O'Connor      $ _____

*(Please proceed to Question 8.)*

<u>Malicious Prosecution</u>

8. Has Plaintiff proved, by a preponderance of the evidence, that any of the following defendants subjected him to malicious prosecution in connection with the events of June 18, 2011?

a. Michael Percy      YES _____    NO X

b. Anthony Bruno      YES _____    NO X

c. Michael O'Connor      YES _____    NO X

*(If you answered NO to all of the above, proceed to Question 11. If you answered YES to any of the above, proceed to Question 9.)*

9. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to compensatory damages for his malicious prosecution claim?

YES _____      NO _____

If you answered YES, please write the amount of compensatory damages on the line below that would fairly and adequately compensate Plaintiff for his injury.

$ _____

What part of that amount, if any, is included also in any amount you determined in answering Question 2 and Question 5?

$ _____

10. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive damages for his malicious prosecution claim from the defendant(s) as to whom you answered "YES" to Question 8?

a. Michael Percy      YES _____    NO _____

b. Anthony Bruno      YES _____    NO _____

c. Michael O'Connor      YES _____    NO _____

If you answered YES, please write the amount of punitive damages you award as to each defendant.

a. Michael Percy      $ _____

b. Anthony Bruno      $ _____

4

c.  Michael O'Connor                 $ _____

*(Please proceed to Question 11.)*

Denial of Fair Trial

11. Has Plaintiff proved, by a preponderance of the evidence, that any of the following
defendants denied the Plaintiff the right to a fair trial in connection with the events of
June 18, 2011?

a.  Michael Percy          YES __X__   NO ____
b.  Anthony Bruno          YES __X__   NO ____
c.  Michael O'Connor       YES __X__   NO ____

*(If you answered NO to all of the above, proceed to Question 14.  If you answered YES to
any of the above, proceed to Question 12.)*

12. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to
compensatory damages for his denial of fair trial claim?

YES __X__    NO ____

If you answered YES, please write the amount of compensatory damages on the line
below that would fairly and adequately compensate Plaintiff for his injury.

$ __12,500__

What part of that amount, if any, is included also in any amount you determined in
answering Question 2, Question 5, and Question 9?

$ __None__

13. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to punitive
damages for his denial of fair trial claim from the defendant(s) as to whom you answered
"YES" to Question 11?

a.  Michael Percy          YES ____   NO __X__
b.  Anthony Bruno          YES ____   NO __X__
c.  Michael O'Connor       YES ____   NO __X__

If you answered YES, please write the amount of punitive damages you award as to each
defendant.

a.  Michael Percy          $ _____
b.  Anthony Bruno          $ _____
c.  Michael O'Connor       $ _____

5

*(Please proceed to Question 14.)*

<u>Assault</u>

14. Has Plaintiff proved, by a preponderance of the evidence, that Defendant City of New York, through the acts of its employee police officers, assaulted Plaintiff on June 18, 2011?

YES _____   NO _✗_

*(If you answered NO to Question 14, proceed to Question 17.  If you answered YES to Question 14, proceed to Question 15.)*

15. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to compensatory damages for his assault claim?

YES _____   NO _____

If you answered YES, please write the amount of compensatory damages on the line below that would fairly and adequately compensate Plaintiff for that injury.

$_____

What part of that amount, if any, is included also in any amount you determined in answering Question 2, Question 5, Question 9, and Question 12?

$_____

*(If you answered "NO" to Question 15, then answer Question 16.  If you answered "YES" to Question 15, then skip Question 16, and proceed directly to Question 17.)*

16. What nominal damages, not to exceed $ 1.00, do you award to Plaintiff?

$_____

*(Proceed to Question 17 regardless of your answer to Question 16.)*

*(Please proceed to Question 17.)*

Battery

17. Has Plaintiff proved, by a preponderance of the evidence, that Defendant City of New York, through the acts of its employee police officers, committed battery against Plaintiff on June 18, 2011?

YES _____     NO X

*(If you answered NO to Question 17, then skip Questions 18 through 19, sign the verdict sheet, fill in the date, and inform the Marshal that you have reached a verdict. If you answered YES to Question 17, proceed to Question 18.)*

18. Has Plaintiff proved, by a preponderance of the evidence, that he is entitled to compensatory damages for his battery claim?

YES _____     NO _____

If you answered YES, please write the amount of compensatory damages on the line below that would fairly and adequately compensate Plaintiff for his injury.

$_____

What part of that amount, if any, is included also in any amount you determined in answering Question 2, Question 5, Question 9, Question 12, and Question 15?

$_____

*(If you answered "NO" to Question 18, then answer Question 19. If you answered "YES" to Question 18, then skip Question 19, sign the verdict sheet, fill in the date, and inform the Marshal that you have reached a verdict.)*

19. What nominal damages, not to exceed $ 1.00, do you award to Plaintiff.

$_____

*(Please continue to the next page.)*

Your deliberations are finished.  This form should be signed, dated and given to the Marshal.

1. _[signature]_    7/14/14
Foreperson

2. _Geetha Ravindran_    7/14/14
Juror

3. _[signature]_    7/14/14
Juror

4. _[signature]_    7/14/14
Juror

5. _[signature]_    7/14/14
Juror

6. _[signature]_    7/14/14
Juror

7. _[signature]_    7/14/14
Juror

8. _Michael Krieh_    7/14/14
Juror