UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JODY RUCKS,

      Plaintiff,

  v.

THE CITY OF NEW YORK, P.O. MICHAEL
PERCY, Shield No. 01047, Individually and
in his Official Capacity, P.O. ANTHONY
BRUNO, Shield No. 02726, Individually and in
his Official Capacity, SGT. MICHAEL
O'CONNOR, Shield No. 01376, Individually and
in his Official Capacity,

      Defendants.
------------------------------------------------------------- X

No. 12 Civ. 4226 (KPF)



# SPECIAL VERDICT FORM
July 14, 2014

Members of the Jury: The Court accepts your verdict that the defendant officers falsely arrested the Plaintiff. Consistent with that verdict, the Court requests that you answer the following questions. Your answers to these questions must be unanimous. All of the questions concern the incident on June 18, 2011 about which you heard evidence at trial.

1. Did Plaintiff have one or more of his feet on the seat on the subway?
   YES____ NO__X__

2. Did Defendant Bruno believe that Plaintiff had one or more of his feet on the seat on the subway?
   YES____ NO__X__

3. Did Defendant O'Connor believe that Plaintiff had one or more of his feet on the seat on the subway?
   YES__X__ NO____

4. Did Defendant Percy believe that Plaintiff had one or more of his feet on the seat on the subway?
   YES__X__ NO____

5. Did Plaintiff occupy more than one seat on the subway?
   YES____ NO__X__

6. Did Defendant Bruno believe that Plaintiff was occupying more than one seat on the subway?
   YES____ NO__X__

7. Did Defendant O'Connor believe that Plaintiff was occupying more than one seat on the subway?
   YES__X__ NO____

8. Did Defendant Percy believe that Plaintiff was occupying more than one seat on the subway?
   YES__X__ NO____

9. Was Plaintiff yelling on the subway platform prior to being placed into one or more handcuffs?
   YES____ NO__X__

10. Was Plaintiff using abusive or obscene language prior to being placed into one or more handcuffs?
    YES____ NO__X__

11. Were there other civilians in the subway station that observed Plaintiff's interaction with the police officers before Plaintiff was issued a summons?
    YES____ NO__X__

12. Were there other civilians in the subway station that observed Plaintiff's interaction with the police officers after Plaintiff was issued a summons?

YES____ NO__X__

13. Did Plaintiff intend to cause public annoyance or public alarm in the subway station?
    YES____ NO__X__

14. Did the defendant officers believe that Plaintiff was approaching the police officers with his arms up in a hostile manner after he threw the summons in the garbage?
    YES____ NO__X__

15. Did Plaintiff get within two feet of the defendant officers after he threw the summons in the garbage?
    YES__X__ NO____

16. Did Plaintiff grab Defendant O'Connor's shoulders prior to being placed into one or more handcuffs?
    YES____ NO__X__

17. Did Plaintiff grab Defendant Bruno's shoulders prior to being placed into one or more handcuffs?
    YES____ NO__X__

18. Did Plaintiff physically touch any police officers at any point prior to being placed in one or more handcuffs?
    YES__X__ NO____

(*Please continue to the next page.*)

3

Your deliberations are finished. This form should be signed, dated and given to the Marshal.

1. _[signature]_  7/14/14
   Foreperson

2. _Geetha Ravindran_  7/14/14
   Juror

3. _GRespress_  7/14/14
   Juror

4. _Patrick [?]_  7/14/14
   Juror

5. _[signature]_  7/14/14.
   Juror

6. _[signature]_  7/14/14
   Juror

7. _[signature] Odel_  7/14/14
   Juror

8. _Michael Kirsch_  7/14/14
   Juror

4